United States District Court
Southern District of Texas
**ENTERED**
May 07, 2018
David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | Case Number CA H-18-1411 |
|---|---|
| Style | **Ashley Mack v. Comcast Holdings Corporation** |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. |

Signed:

*[signature]*

Ewing Werlein, Jr.,
United States District Judge

Date: May 7, 2018