**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Ashley Mack | § | |
| | § | |
| *versus* | § | Civil Action 4:18−cv−01411 |
| | § | |
| Comcast Holdings Corporation | § | |

## Notice of Reassignment

This case is reassigned to Judge Alfred H Bennett.

Entered:  May 7, 2018                                  David J. Bradley, Clerk