UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASHLEY MACK, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-1411 |
| COMCAST HOLDINGS CORPORATION, | § § § | |
| Defendant. | | |

## ORDER

Before the Court are Defendant Comcast Cable Communications, LLC's[1] Motion to Compel Arbitration and Stay Litigation (the "Motion") (Doc. #10) and Plaintiff's Response (Doc. #12). Because Plaintiff is unopposed to Defendant's request for arbitration and stay pending the arbitration proceeding, the Court grants the Motion.

Accordingly, the Motion is hereby GRANTED. The parties are ORDERED to arbitration, and this case is STAYED during the pendency of the arbitration proceeding.

It is so ORDERED.

MAR 1 2 2019
Date

The Honorable Alfred H. Bennett
United States District Judge

---

[1] Defendant Comcast Cable Communications, LLC alleges that Plaintiff incorrectly named Comcast Holdings Corporation as Defendant in this matter.