IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ASHLEY MACK, *Plaintiff*, v. COMCAST HOLDINGS CORPORATION, *Defendant*. | No. 4:18-CV-1411 Honorable Alfred H. Bennett |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ashley Mack ("Plaintiff") and Defendant Comcast Holdings Corporation ("Comcast"), by and through their attorneys hereby stipulate to dismissal of the above-captioned case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).  Each party shall bear its own costs and attorneys' fees.

Dated:  February 20, 2020

| Ashley Mack | Comcast Holdings Corporation |
|---|---|
| By her attorney, | By its attorney, |
| /s/ Jody B. Burton | /s/ Meredith C. Slawe |
| Jody B. Burton | Meredith C. Slawe |
| LEMBERG LAW, LLC | Akin Gump Strauss Hauer & Feld LLP |
| 43 Danbury Road, 3rd Floor | 2001 Market Street, Suite 4100 |
| Wilton, CT 06897 | Philadelphia, PA 19103 |
| Tel.:  (203) 653-2250 | Tel.: 215-965-1200 |
| Email:  jburton@lemberglaw.com | Email: mslawe@akingump.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2020, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically via Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                           */s/ Jody B. Burton*
                                           Jody B. Burton