United States District Court
Southern District of Texas
**ENTERED**
September 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASHLEY MACK, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:18-CV-1411 |
| COMCAST HOLDINGS CORPORATION, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed February 20, 2020, it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 09/17/2020.

_____
The Honorable Alfred H. Bennett
United States District Judge